**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOSE CASTRO,

                           Plaintiff,

        -against-

THE CITY UNIVERSITY OF NEW YORK
(CUNY),

                          Defendant.
----------------------------------------------------------------X

25 **CIVIL** 8167 (LLS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2025, Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**Dated:** New York, New York

       January 7, 2026

                                 **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**

               **BY:**             K. Mango

                                 _____
                                    **Deputy Clerk**