UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CASTRO,

Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK;
GENEVIEVE CLARK; VERA AMARAL; LIONEL
PRESUME; EFREN MALDONADO; MICHAEL
THOMPSON.,

Defendants.

25 CIVIL 8167 (ALC)

**CIVIL JUDGMENT**

For the reasons stated in the June 17, 2026, order, Plaintiffs third amended complaint,

filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    June 17, 2026
          New York, New York

                                        /s/ Andrew L. Carter, Jr
                                        ANDREW L. CARTER, JR
                                        United States District Judge